1014

THE STATE OF WASHINGTON, *Respondent*, v. IMOGENE
FAITH FARRELL, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 89-8-00046-4, David A. Nichols, J., entered
February 20, 1990. *Affirmed in part* and *reversed in part* by
unpublished opinion per Kennedy, J., concurred in by Grosse,
C.J., and Agid, J.

THE STATE OF WASHINGTON, *Respondent*, v. ERVIN
DELOYE MCDONALD, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 89-1-00627-2, Joseph A. Thibodeau, J.,
entered March 29, 1990. *Reversed* by unpublished opinion
per Grosse, C.J., concurred in by Baker and Kennedy, JJ.

MARLA GRAYSON-JAMES, *Appellant*, v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 89-2-18428-1, Edward Heavey, J., entered Janu-
ary 8, 1991. *Reversed* by unpublished opinion per Grosse,
C.J., concurred in by Pekelis, J., Forrest, J., dissenting.